AO 91 (Rev. 11/11) Criminal Complaint

FILED
AUG 15 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) |
| v. | ) |
| | ) Case No. 5:25-mj-2039-JG |
| Ashley Moore | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 14, 2025** in the county of **Wake** in the **Eastern** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | The defendant knowingly and willfully did transmit in interstate and foreign commerce from North Carolina to South Carolina, communications to the Department of Veterans Affairs Fiduciary Hub, and the communications contained a threat to kidnap and injure people in Raleigh, North Carolina. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Collin Kilpatrick, Special Agent, VA OIG
*Printed name and title*

On this day, Collin Kilpatrick appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: **14 AUGUST 2025 7:57 p.m.**

City and state: Raleigh, North Carolina

*Judge's signature*

JAMES E. GATES, U.S. Magistrate Judge
*Printed name and title*

I, Collin Kilpatrick, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the United States Department of Veterans Affairs, Office of Inspector General, Office of Investigations ("VA-OIG"), where I have been employed since September 2021. Prior to that, I was a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since March 2019. As a VA-OIG Special Agent, I am responsible for investigating threats against VA personnel and facilities.

2.  The facts in this affidavit come from my personal observations, my training and experience, and from information obtained from other agents, law enforcement officers, and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3.  On or about August 14, 2025, at approximately 7:22am, the Department of Veteran's Affairs (VA) Fiduciary Hub received an email to its organizational inbox from "Ashley Moore <ashleyevonmoore90@gmail.com>." This email was received by VA employees in South Carolina. The email had a subject line of "FORCED TO BE A MARTYR." The body of the message said:

> There will be a bloodbath in Raleigh come Monday. Ending with my blood. My mass shooting will be the catalyst for

the better treatment of veterans, especially LGBTQ veterans and I will be the FORCED martyr.
This will make national news.
My life and happiness doesn't matter.
My military service doesn't matter.
My transition & need to access gender affirming care doesn't matter.
My attempts at advocating for myself do not matter.
My attempts at trying to get my next testosterone injection do not matter.
My attempts at reaching out to the LGBTQ center do not matter.
My mental health does not matter.
My rights and physical health do not matter.
My dreams do not matter.
My human and civil rights do not matter.
My trauma does not matter.
My resiliency does not matter.
My emergency situation obviously does not matter.
My life does not and clearly never has mattered.
So, I will FINALLY end it and before I do, I am taking as many souls as I can with me. Random people. I don't care who they are or what they look like. Anybody on my path.
It won't be hard to find a pistol to buy. The shelter is full of low life criminals and thugs with no money. But, they do have connections.
I'm tired.
I'm done.
Since I am not valued as a human being, I will stop valuing human life.
I have nothing to lose and no one to live for.
Since I was trained to kill, I will FINALLY kill.
Since I am being forced to end my life, I will FINALLY end my life.
I was born alone, I have endured alone, and I will die alone.
But, other lives will be taken before mine.
Fuck it.

4. This investigation later revealed that a separate email from ashleyevonmoore90@gmail.com with the subject line "FORCED TO FORGET GOD" and the same email message was received by VA Suicide Prevention Team employees

2

*BMD*

in Durham, NC, at approximately 7:29am this same day. According to team employees, this email address had sent four (4) of these messages to the Suicide Prevention Team in the last thirty minutes.

5. Ashley Moore has been a patient with the VA, and she has been undergoing treatment for gender dysphoria. Moore had been undergoing treatment in Michigan until approximately two weeks ago when she moved to Raleigh, NC. She has previously communicated with providers for the VA from the email account ashleyevonmoore90@gmail.com. According to individuals who have communicated with Moore from the VA, this email was a significant departure and violent escalation from prior communications with Moore. Moore had previously called individuals derogatory names but never threatened to kill anyone. The VA personnel viewed this message as a true threat.

6. A review of the Veterans Benefits Management System (VBMS) lists the contact email address for Moore as ashleyevonmoore90@gmail.com. Additionally, the latest document submitted by Moore within VBMS on or about August 12, 2025, lists ashleyevonmoore90@gmail.com as her contact email address.

7. On or about August 14, 2025, after receiving information from the VA, the Raleigh Police Department (RPD) located Moore outside of a homeless shelter at 5010 Second Street, Raleigh, NC 27609. When RPD approached Moore, she was behaving erratically and screaming. RPD detained Moore for an evaluation to determine whether involuntary commitment to a mental health institute was appropriate.

3

BMD

8. According to information from the VA OIG Enterprise Management System (EMS), Moore was involved in a previous threat case. According to the investigation, in or about 2013, Moore admitted to making threats of blowing up a VA, generalizing with locations of Chicago, Indianapolis, Cincinnati, St. Louis, Florida, Georgia, and Texas. Moore also made threatening statements of targeting the White House, Pentagon, and Congress. Moore claimed she did not intend to carry out her threats. Moore was arrested by Indianapolis Metro Police Department officers on or about April 19, 2023, and charged with Intimidation, however the charges were ultimately dismissed.

9. Based on the foregoing, there is probable cause to believe that Moore violated 18 U.S.C. § 875(c), which makes it a crime to "...transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another." Moore committed this violation by transmitting a threating message to an entity located in South Carolina while being located in Raleigh, North Carolina at the moment the threat was made.

COLLIN KILPATRICK
Special Agent, VA OIG

BMD

4

On this 14 day of August 2025, Collin Kilpatick appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this Affidavit.

_____
JAMES E. GATES
United States Magistrate Judge

5

*BMD*