FILED IN OPEN COURT
ON 9/16/2025 CBO
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-245-FL-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   **INDICTMENT** |
| | ) |
| ASHLEY MOORE | ) |

On or about August 14, 2025, in the Eastern District of North Carolina, the defendant, ASHLEY MOORE, knowingly and willfully did transmit in interstate and foreign commerce from North Carolina to South Carolina, a communication, to wit, an email communication to the Veteran's Affairs Fiduciary Hub, and the communication contained a threat to kidnap and injure certain persons, specifically that the defendant, ASHLEY MOORE, was going to conduct a mass shooting and kill people in Raleigh, North Carolina.

1.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

9/16/25
DATE

W. ELLIS BOYLE
United States Attorney

BY: BRADFORD M. DEVOE
Assistant United States Attorney

2