UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00245-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| ASHLEY MOORE | |

The Defendant, Ashley Moore ("Elijah Moore")[1], by and through counsel, respectfully submits this sentencing memorandum in support of his request for a reasonable sentence. In consideration of Mr. Moore's acceptance of responsibility and serious medical condition, a sentence below the advisory Guideline range is sufficient but not greater than necessary to accomplish the sentencing goals of 18 U.S.C. § 3553(a).

## **FACTS RELEVANT TO SENTENCING**

Ashley Moore (herein after "Elijah") is before the Court awaiting sentencing after pleading guilty on June 23, 2025, to the indictment which charged one-count of Transmitting a Threat in Interstate Commerce.

---

[1] Ashley Moore is transitioning from female to male and is intending to change names to "Elijah" Moore. In deference to the desires of the client to be true to who he is, I will use masculine pronouns throughout this memorandum.

1

<u>Early Childhood</u>

Mr. Moore was born on July 28, 1990, in Indianapolis, Indiana. He is the youngest of four children. His mother struggled with addiction throughout her pregnancy and Elijah's early childhood, which left her unable to take care of Elijah or his siblings. Elijah did not know who his father was, and therefore, never had a relationship with him. In the first 6 months of Elijah's life, he was put in social services custody and was in foster care until his maternal grandparents adopted Elijah and his siblings when he was still an infant.

<u>Education</u>

Elijah always enjoyed school. He reported that he was a good student and loved learning. Math was a struggle for him, but reading and writing brought him a lot of joy early in life. Elijah reported that, even though the academic side of schooling was positive for him, the interpersonal aspect of school was a challenge. Elijah reported that he was often bullied for what he looked like and "his large forehead" and that some students would even call his mother names like "crack head" during his school years.

Elijah was also bullied for what he wore and for not having "new and nice clothing." Elijah said it was difficult for him to make friends because he never knew how long his family would be in a neighborhood. In addition to the constant change in schools, Elijah came out as part of the LGBTQ community when he was 14 years old. He reported that, for the most part, he was supported by those he loved, but coming out as

a teenager was difficult, and some parts of the community he lived in were closed-minded and made him feel "othered". However, Elijah was able to persevere and graduated from Warren Central High School in 2009.

<u>United States Army Service</u>

Uncle Jimmy was an incredible paternal role model for Elijah and someone whom Elijah looked up to throughout his childhood. His uncle Jimmy was in the Navy for over twenty years and had built a life around his military career. From an early age, Elijah can remember being infatuated and mesmerized by the stories Jimmy would share with the family. Elijah was also fascinated by the places across the world that Jimmy would go and how he was able to get out of their small community in Indianapolis. Elijah knew early on that he wanted to go into the military to serve his country and to see parts of the world and meet people he would never otherwise meet.

Elijah also knew he wanted to continue his education after high school and that he could benefit from the GI Bill and the ample resources the military offered to those who served. Immediately after graduating from high school, Elijah enlisted in the United States Army. He was eager to follow in his uncle's footsteps and build a life around the valor and prestige of the United States Military.

Elijah's first time on an airplane was when he travelled to boot camp and then basic training at Fort Jackson. Elijah had never left Indianapolis before this, and he finally felt like his life was about to begin. Elijah described boot camp as difficult and

emotionally, physically, and mentally trying, but he put his head down and knew that all the hardships would ultimately make him a better service member and platoon member.

The structure and routine were aspects of the military that Elijah really enjoyed, and he began meeting new friends and seeing different perspectives and ways of life. After graduating from boot camp, Elijah was sent to Advanced Individual Training (AIT) school, where he was trained and specialized in Logistics. Elijah grew more confident in himself and the skills he had acquired and began to understand the love and commitment he saw in his uncle Jimmy for the military and everything it stood for.

After his AIT training, Elijah was stationed overseas in South Korea. Elijah had never traveled outside of the country before and was still getting acclimated to air travel and being so far away from his grandparents. The first few months in South Korea were difficult for Elijah, and he really struggled with adjustment and started to be consumed by feelings of anxiety and depression. He really missed his grandfather, and it was mentally hard for him to come to the reality of how physically far away he was from him.

During these months in South Korea, Elijah started to self-harm to manage his symptoms and struggles with depression. He reported that he did not know where to go to for help and at one point when he was written up for self-harming, he thought he might finally be able to access some mental health care. However, unfortunately when he read the report it labeled his behavior as "destruction of government property" and

realized he was the government property they were referencing, and it left him feeling even more alone and isolated.

In addition to the struggles with anxiety and depression, Elijah was also a victim of a brutal physical assault while in South Korea, where he was jumped by fellow military members. Elijah pressed charges, but nothing ended up happening, and he had to continue to serve and live in close quarters with the same members who had assaulted him. Elijah was also a victim of a sexual assault by a higher-ranking male service member while in Korea. He reported that this type of sexual trauma was common and he was not the only one, but even when people would disclose the abuse and assault and try to get justice for what had happened, the senior service members were never disciplined, and Elijah never felt like he received any justice or closure for the trauma that ensued. The United States Military bases that Elijah spent time on were inundated with alcohol, and Elijah quickly started to become immersed in the drinking culture of the military to manage his trauma and struggles while in South Korea.

After experiencing the physical and sexual assault and feeling like the military did nothing in terms of holding individuals accountable, Elijah started to see the military in a completely different light. He spoke about how the honor and valor that he used to place upon the military were torn down after he saw how they treated him and the other victims in the unit. His abusers, who were higher ranking and male, were left alone, and he was left to feel like he was the one who did something wrong. After almost a year in

South Korea, Elijah found out he was pregnant and ultimately chose to leave the military and received an honorable discharge. Elijah left the military in a headspace of anger and resentment because the life he had thought he was going to live and the military career he had so desperately wanted since he was a kid was slowly slipping away.

Research has shown how devastating military sexual trauma can have on the individual. "Sexual trauma that takes place within military settings shares many commonalities with sexual trauma that occurs elsewhere. Sexual victimization often represents significant interpersonal betrayal that can disrupt existing views of the world, self, and others. To fully understand the adverse consequences of MST, the unique personal, social, political, and occupational context of this type of trauma must also be acknowledged. Institutional betrayal can compound interpersonal betrayal. Those who experience MST frequently report that the military institution contributed to an environment in which MST was common, likely to occur, and difficult to report. And MST survivors report fear of reprisal if they speak openly of their experiences, including the possibility of additional violence, demotions, and unwanted job reassignments. Survivors of MST may experience subsequent distrust of both comrades and command."

<u>Birth of First Child and Reservist Duty</u>

Upon his discharge from South Korea, Elijah returned to live with his grandparents in Maryland and started to think about what was next for him. He was not ready to give up entirely on the military, so he changed his status from Active to Reserve

and decided to take some time to spend with his grandparents and to start preparing for the birth of his child while his military paperwork was processed.

When Elijah returned from South Korea, he noticed that his grandfather was having a harder time with certain physical activities and was much feebler than he used to be. His grandfather had been diagnosed with Congestive Heart Failure while Elijah was away. The family did not want to worry Elijah, since he was already struggling with the adjustment overseas, so the diagnosis came as a total shock to him upon his return. Once Elijah learned about the diagnosis, he was committed to doing whatever he could to help and support his grandfather with his varying medical needs.

In addition to helping his grandfather (Paw-Paw) with his medical needs, Paw-Paw also helped Elijah get ready for the birth of his first child. Paw-Paw would attend all of Elijah's prenatal appointments with him and was so excited to be there for the birth of his great-grandchild. Unfortunately, Paw-Paw was never able to meet Elijah's son and died from cardiac arrest in front of Elijah one night in February of 2011.

This loss shattered Elijah. Paw-Paw was the one person Elijah felt was always there for him, always supportive and pushing him to be the best version of himself. Elijah was looking forward to raising his first child with Paw-Paw and felt like his whole world was turned upside down after Paw-Paw died. Elijah recalls the immediate months after Paw-Paw's death as "a blur." Elijah's grandmother ended up moving in with another male, and Elijah was left to figure out how to live with a baby on the way alone and with very

little support. Elijah and the relationship he had with his grandmother became increasingly tumultuous. Elijah felt like his grandmother was very emotionally unavailable to him during his time of grief and need, which left Elijah feeling like he had to navigate this new way of life on his own. Elijah eventually moved away from Maryland and his grandmother to live with a close friend from the Army and her grandmother in Tacoma, Washington.

On April 28, 2011, Timothy was born, and Elijah was thrilled to welcome and be the parent to him that Paw-Paw was to Elijah. However, after a few months of Timothy's birth, Elijah started to struggle with severe post-partum depression in conjunction with the unaddressed grief and felt like he could not be the parent and caregiver that Timothy deserved. He spoke a lot with his friend and Timothy's dad, and they all ultimately decided to let Timothy live with his paternal grandmother until Elijah was able to get the care and help he needed to manage his mental health struggles and be the parent he yearned to be for Timothy.

<u>Ten Years of Mental Health and Substance Use</u>

Over the next ten years, Elijah struggled with serious mental health symptoms and started to rely on alcohol and other drugs as a means to get through each day. He reported that he was first introduced to alcohol during his time in the military, but that he started to become consumed and controlled by it during the years following his Paw-Paw's death and the birth of Timothy. Elijah reported that he would have brief moments of sobriety

after detoxing from the substances, but never learned how to cope and manage stressors in a functional way, and would always resort to consuming alcohol and other drugs during periods of high stress and vulnerability to help silence his mental health symptoms.

During these years, Elijah was hospitalized and admitted into multiple psychiatric hospitals for brief periods of time in order to stabilize and try to find a medication regimen that would allow him to feel more stable. He was diagnosed with Complex Posttraumatic Stress Disorder, Bipolar Disorder, and Borderline Personality Disorder. Elijah was connected to the Department of Veteran Affairs (VA) Hospitals in order to get specialized treatment for the military sexual trauma and mental health, but often was left feeling judged and not listened to, and at times preferred civilian hospitals.

Elijah continued to remain active in Timothy's life and maintain a presence as someone who cared for him, but was also trying to prioritize managing his own grief in addition to his mental health and substance use diagnoses. Elijah was moving around during this time and trying to find treatment and services that would address his co-existing diagnoses and eventually settled in Michigan for 3 years.

In 2022, Elijah started the process of transitioning from female to male and was able to get the medical care and medications he needed from the Department of Veteran Affairs (VA) at Battle Creek in Ann Arbor, Michigan. He reported that it was one of the few times he experienced being heard and respected. Throughout his transition journey,

Elijah felt like his life was finally starting to make sense, and he was ready to start a new life somewhere, eager to build an independent and meaningful life for himself.

<u>Move to Raleigh in 2025</u>

Elijah was excited to start living in a place where he was only known as "Elijah" and to build a community of friends and supporters as an openly trans man. However, shortly after the time that he moved to Raleigh, President Trump's Executive Branch that oversaw Department of Veterans Affairs gender affirming care changed, and a lot of the services that the former administration had were halted and discontinued. Elijah was told that he would be "grandfathered" in because he had already started receiving gender affirming care, but from an early point started to struggle with getting his testosterone and the services he was receiving before while in Michigan when he moved to Raleigh.

According to a press release from March 2025 by the Department of Veterans Affairs Administration it states:

> "Effective immediately, VA will not offer cross-sex hormone therapy to Veterans who have a current diagnosis or history of, or exhibit symptoms consistent with gender dysphoria, unless:
> • Such Veterans are already receiving such care from VA; or
> • Such Veterans were receiving such care from the military as part of and upon their separation from military service and they are eligible for VA health care.
> Veterans who do not meet the criteria above are not eligible for cross-sex hormone therapy through VA health care. VA will not provide any other medical or surgical therapy for gender dysphoria to any patients in any circumstance."

In addition to struggling to maintain his gender affirming care, his VA federal fiduciary, who is responsible for Elijah's money, started to withhold Elijah's funds from him. Elijah currently gets 100% disability from the VA, and during these months in Raleigh, he was struggling with his fiduciary, which left him with no funds that he was entitled to. This forced him into homelessness, where he was left alone and isolated with little to no hope of survival.

This experience was extremely traumatizing for Elijah, and he felt like every instance he started to make progress with his treatment team at the Durham VA Hospital, something would happen, and everything would need to be started all over again. Elijah reported that during the administration change, he heard conflicting information from his providers and never knew whom to trust or how to best advocate for himself. Elijah started to grow increasingly upset and was frustrated that he was trying to figure out these bureaucratic systems alone, and all while trying to maintain his sobriety and mental health. Unfortunately, he ended up confronting the staff at the Department of Veterans Affairs in frustration and desperation because he felt he had nowhere else to turn, which resulted in this current matter.

<u>Moving Forward</u>

Since being arrested on these charges, Elijah has had significant time to reflect on his behaviors leading up to this offense. Elijah understands he must take responsibility for his actions and is ashamed that he let his emotions and frustrations consume him and

get the better of him for a brief period of time. However, Elijah has since learned that he does not have to be his only advocate. He now understands that there are different organizations and services that can help him navigate his gender affirming care and medical care with the VA Hospital or other local community health resources, so he does not feel he has to do it alone. Elijah is ashamed of his behavior that resulted in this current matter, but he does believe that everything happens for a reason and that he needed these months of solitude, discipline, and reflection in order to make a plan for himself and more fully comprehend what he needs to manage his symptoms and his addiction for his future.

Elijah reported that throughout the months that he has been incarcerated, he has reflected on the bad choices he made in a time of desperation and wants to set himself up for a situation where he is never left feeling alone and isolated while trying to get the help he needs again. Elijah is looking forward to engaging in a long-term, residential treatment program for exactly this reason. Healing Transitions is a long-term, residential program that will allow him to address his addiction needs in a safe and therapeutic environment where he will also be in community with others who have similar hardships. In addition to getting substance use treatment, Elijah will be able to access mental health treatment and start to re-engage with his gender affirming care that will allow him to feel like the best and most true version of himself. Elijah has had to come to terms with the fact that his addiction is a chronic, lifelong disease and that he has to learn how to manage it if he

ever wants to live not under its control, especially when faced with hardship, stress, and turmoil.

In addition to receiving mental health, medical care, and substance use treatment, Elijah is also interested in going back to school and receiving a certificate in HVAC. He hopes to one day have his own company and is eager to start working to build a more self-sufficient, independent, and meaningful life for himself. Elijah has also been assigned a new VA federal fiduciary, who this office has been in touch with, and who will continue to support and be there for Elijah and assist with managing his funds as needed for the foreseeable future. These are signs that he wants to move forward from the events that led him before this Court.

Elijah is one of the few people who will honestly say that he needed this incarceration to see more clearly what changes he needed to make and what steps he needed to take to work towards creating the life he wants for himself in the future. Elijah is open and eager for any additional supportive services that might be available to him in the community and is determined to do whatever it takes to start the process of building a life he is happy and proud of.

In addition to addressing his co-existing mental health and substance use disorders, he is also committed to becoming more active in Timothy's life. Since being incarcerated and having a clearer understanding of his mental health and the symptoms they can have on him, Elijah has grown more empathetic and understands more about

13

his biological mom's life. Elijah understands that she was never able to overcome her addiction and mental health issues and be the mother he always wanted her to be, but that he can create a different trajectory for himself and the relationship he shares with his son, Timothy.

Lastly, Elijah is a writer and uses poetry to process and come to terms with his lived experiences. He was writing a lot before this event but ultimately stopped when the struggles with the VA in Durham became too much for him to handle. However, he is looking forward to getting back into writing and using it as a cathartic way to make sense of the last few years and to share his story with others, so others do not have to feel alone if they are experiencing similar situations. He is looking forward to getting back to writing in a safe and stable environment where he can provide hope for those facing times of darkness and despair.

Ashley Moore comes before this Court asking for a sentence that is sufficient, but not greater than necessary, to meet the needs of justice.

### ARGUMENT

After considering the § 3553(a) factors, the court must make an "individualized assessment" to craft a sentence that is "sufficient, but not greater than necessary." *Gall v. United States*, 552 U.S. 38, 50 (2007); 18 U.S.C. § 3553(a).  Applying the § 3553(a) factors to this case reveals that variance and a sentence of time served with a condition that substitutes community confinement or home detention according to the schedule in

14

subsection (e) of USSG §5C1.1 is sufficient but not greater than necessary to accomplish the goals of sentencing. Accordingly, we respectfully request that this Court impose a sentence below, or at the bottom of the recommended Guideline range.

A. *Defendant's acceptance of responsibility supports a sentence at the low end of the Guidelines.*

Ashley Moore's acceptance of responsibility is a mitigating factor in this case that should be considered at his sentencing. At the outset, Ashley Moore provided a verbal statement accepting responsibility for his offense conduct. PSR ¶11. Ashley Moore pled guilty and entered into a plea agreement with the government and waived most of his appellate rights. In doing so, Ashley Moore has saved both the government and this Court time and resources that would have been spent on a trial and an appeal. His prior cooperation and acceptance of responsibility provide additional reasons to sentence below or at the low end of the guidelines should be considered.

B. *Ashley Moore's military service and good works support a downward departure or variance.*

Although the current version of the Sentencing Guidelines no longer has Specific Offender Characteristics (Part H), the prior versions of the Guidelines can provide advice on how to best consider a defendant's military service. USSG Section 5H1(2024) provides that "[m]ilitary service may be relevant in determining whether a departure is warranted, if the military service, individually or in combination with other offender characteristics, is present to an unusual degree and distinguishes the case from the typical cases covered

by the guidelines." *See* U.S.S.G. § 5H1.11 (2024). Ashley Moore's creditable military service distinguishes his case from typical cases and warrants a downward departure or variance. See §5C1.1 Application Note 5.

C. *Mr. Moore's mental and emotional condition supports a variance.*

Ashley Moore's medical condition is also a mitigating factor in this case that should be considered at his sentencing. As discussed above, Ashley Moore's mental health diagnosis is a factor that may warrant a downward departure or a variance. PSR ¶26. In this case, the court can make a finding that the defendant suffers from a significant mental illness, and the defendant's criminality can be addressed by providing treatment. It is clear in this case that mental illness is behind the irrational actions of Ashley Moore. Fortunately, as explained above, Mr. Moore's conditions can be treated. Accordingly, Mr. Moore's medical condition is serious enough to justify a below the guideline sentence. *See* §5C1.1 Application Note 5.

## CONCLUSION

For the reasons set forth above, Ashley Moore asks this Honorable Court find that a sentence below the advisory Guideline range with a period of supervised release is sufficient but not greater than necessary to accomplish the sentencing goals of 18 U.S.C. § 3553(a).

Respectfully requested this 1st day of April, 2026.

G. ALAN DUBOIS
Federal Public Defender

/s/ Edward D. Gray
EDWARD D. GRAY
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Edward_gray@fd.org
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Bradford DeVoe
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville St
Raleigh NC 27601

by electronically filing the foregoing with the Clerk of Court on April 1, 2026, using the CM/ECF system which will send notification of such filing to the above.

This, the 1st day of April, 2026.

> <u>*/s/ Edward D. Gray*</u>
> EDWARD D. GRAY
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: Edward_gray@fd.org
> LR 57.1 Counsel
> Appointed